UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SHERRI L. NOOT, CIVIL NO. 00-460 (RHK/JMM)

Plaintiff,

v. ORDER

STATE OF MINNESOTA
DEPARTMENT OF HUMAN SERVICES,

Defendant.

The above matter is before the undersigned upon Plaintiff's Motion to Amend Complaint. [Docket No. 15]. Defendant has stated that it does not oppose the proposed amendment.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Complaint [Docket No. 15] is granted. Plaintiff shall file with the Clerk of Court and serve upon Defendant an Amended Complaint on or before September 20, 2000. Defendant may choose to let its current Answer stand or file a new Answer. If Defendant chooses to file a new Answer, it shall do so on or before October 11, 2000.

Dated: September 12, 2000

JOHN M. MASON
United States Magistrate Judge

FILED SEP 12 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________