**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Sherri L. Noot,

Plaintiff,

vs.

State of Minnesota, Department of Human Services,

Defendant.

Civil File No. 00-460 RHK/JMM

**PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Minnesota Government Data Practices Act, Minn. Stat. § 13.01, *et. seq.*, and specifically Minn. Stat. § 13.03, subd. 6, and the stipulation of the parties, and based on a consideration of the plaintiff's need for certain data which defendant contends is classified as private data under Minn. Stat. § 13.43, defendant's interest in maintaining the confidentiality of the data and the privacy interests of the subjects of the data,

IT IS HEREBY ORDERED:

1. Discovery of private and confidential personnel data on individuals as defined in Minn. Stat. § 13.43 and other applicable law and data that may otherwise be considered nonpublic, private or confidential under the Minnesota Government Data Practices Act ("Act") or other applicable law, which is sought by plaintiff, will be discoverable under the terms and conditions set forth in paragraph 2 below.

2. The documents and information which include, consist of or contain data which defendant contends are private data on individuals as described above, will be subject to the following restrictions:

a. They will be used solely in connection with the above-entitled litigation and will not be disclosed outside this litigation.

FILED OCT 31 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

b. They shall not be disclosed by counsel during the course of trial preparation except to the following:

i. the plaintiff, the plaintiff's counsel and such employees of the plaintiff's counsel who assist in the above-captioned litigation all of whom are bound by the terms of this Protective Order;

ii. independent experts or consultants working with counsel for the plaintiff who, prior to bound by the terms of this Protective Order; and

iii. other persons, including deponents, whose assistance is required by counsel in conducting this litigation, as agreed to by counsel for the parties, provided that such other persons sign an affidavit, prior to disclosure, agreeing to be bound by the terms of this Protective Order and specifically agreeing that they will not disclose any private data disclosed to them outside this litigation.

c. The plaintiff's counsel agree to maintain in their possession any and all copies of the documents and information produced pursuant to this Order and to return all such copies to the defendant's counsel at the close of this litigation.

d. The parties agree that this Stipulation covers pretrial preparation only and does not cover submissions to the court or evidence to be offered at trial.

BY THE COURT:

7/26/00

AG: 401578,v. 01

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

## Clerks Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.