UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SHERRI L. NOOT,

Plaintiff,

v.

MINNESOTA DEPARTMENT OF HUMAN SERVICES,

Defendant.

CIVIL NO. 00-460 (RHK/JMM)

ORDER

The above matter came on before the undersigned upon Defendant's Motion to Enlarge Time for Dispositive Motions to Be Heard by the Court [Docket No. 27]. The Motion was presented by Stipulation of the Parties [Docket No. 26], and the Affidavit of Timothy D. Webb, Esq. without oral argument.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Defendant's Motion to Enlarge Time for Dispositive Motions to Be Heard by the Court [Docket No. 27] is granted. On March 14, 2001, Plaintiff was served with a copy of Defendant's Motion for Summary Judgment.

2. Plaintiff shall deliver to Defendant a written response to said Motion in accordance with the requirements of the Federal Rules of Civil Procedure and the Local Rules of this Court no later than 4:00 p.m., April 11, 2001, unless a longer period of time is agreed upon by the Parties.

MAR 15 2001

3. Defendant may deliver a Reply no later than 9:00 a.m., April 16, 2001.

4. Oral argument on the Motion will be heard before The Honorable Richard H. Kyle on April 17, 2001 at 8:00 a.m. in Courtroom No. 4, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota.

Dated: March 15, 2001

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

The Motion for Summary Judgment was delivered to counsel for Plaintiff on March 14, 2001. Defendant shall cause sufficient copies of all pleadings related to the Motion to be timely filed in accordance with the rules of this Court.

J.M.M.