C 00-460 RHK/JMM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR JUNE, 2001 TRIAL CALENDAR**

Attached is an updated list of cases deemed ready for trial before the undersigned beginning June 1, 2001. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED BY** May 15, 2001 (filing shall be in St. Paul):

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; responsive briefs to Motions in Limine shall be served and filed (in St. Paul) by May 22, 2001; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony, shall be served and filed (in St. Paul) by May 22, 2001. Copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court. Responses to the Written Objections shall be served and filed (in St. Paul) by May 25, 2001.

Dated: April 1, 2001

RICHARD H. KYLE
United States District Judge

FILED APR 0 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

| | | |
|---|---|---|
| 1. | Dennis E. Carlen<br>etc. | Charles Harris<br>715-684-3227 |
| | vs CV 00-39 RHK/SRN<br>JURY | |
| | Minnesota Comprehensive Epilsepsy<br>Program P.A. etal | John Bland<br>612-338-0661<br><br>Terrence O'Loughlin<br>641-229-1177 |
| 2. | Laurie A. Stramer<br>Matthew J. Stramer | Thomas Lyons Jr.<br>651-770-9707<br><br>Peter Barry<br>651-714-8800 |
| | vs CV 00-362 RHK/SRN<br>JURY | |
| | Southview Chevrolet Co. | Gregory Johnson<br>Klay Ahrens<br>651-227-2534 |
| 3. | Sherri L. Noot | James T. Hynes<br>651-227-6661 |
| | vs CV 00-460 RHK/JMM<br>JURY | |
| | Department of Human Services<br>State of Minnesota | Timothy Webb<br>651-282-5700 |

| | | |
|---|---|---|
| 4. | Soo Line Railroad Company etc. | Carolyn Wolski<br>612-335-1500 |
| | vs CV 00-1665 RHK/JMM<br>COURT | |
| | City of Shoreview | Pierre N. Regnier<br>651-290-6500 |
| 5. | City of Shoreview etc. | Jerome Filla<br>651-291-8955 |
| | vs CV 00-1826 RHK/JMM<br>COURT | |
| | Cobra Transportation Services Inc. | Thomas Boyd<br>Lloyd Grooms Jr.<br>651-290-8400 |